UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED FIRE & CASUALTY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:03-cv-1723-DFH-TAB |
| | ) | |
| ANITA INLOW, | ) | |
| | ) | |
| Defendant. | ) | |

ENTRY GRANTING MOTION FOR SUMMARY JUDGMENT

Plaintiff United Fire & Casualty Company sold a liability insurance policy to Colonial Village Craftsmen, Inc., a construction company that contracted with Anita Inlow to remodel her home.  Inlow was unhappy with the work that was done, and she sued Colonial Village Craftsmen on several theories.  Colonial Village Craftsmen tendered the case to United Fire & Casualty for defense and indemnification.  United Fire & Casualty brought this action seeking a declaratory judgment that it owed no duty of defense or indemnification, essentially because its coverage did not include claims for breach of contract or poor workmanship.

United Fire & Casualty reached a resolution with Colonial Village Craftsmen and its principals, and the court entered a separate final judgment finding that United Fire & Casualty had no duty to defend or indemnify after May 12, 2005. See Docket No. 42 (judgment of May 9, 2005).  The case proceeded against Inlow.

In October 2005, the court allowed her counsel to withdraw because she had not communicated with them.  United Fire & Casualty then filed its motion for summary judgment against Inlow, giving her the required notices for summary judgment against a pro se litigant.

Inlow has not responded to the motion, which is now ripe for summary disposition.  The papers filed by United Fire & Casualty show beyond reasonable dispute that its coverage did not include disputes of this type, over the quality of workmanship.  Accordingly, United Fire & Casualty's motion for summary judgment is hereby granted, and the court will enter a final judgment finding that United Fire & Casualty owes no duty of indemnification to the defendants in Inlow's suit against them.

So ordered.

Date:  December 15, 2005

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Thomas W. Blessing
STEWART & IRWIN
tblessing@silegal.com

Mark R. Smith
SMITH FISHER MAAS & HOWARD
msmith@smithfisher.com

Donn H. Wray
STEWART & IRWIN
dwray@stewart-irwin.com

Anita Inlow
11595 Ditch Road
Carmel, Indiana  46032