UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED FIRE & CASUALTY COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANITA INLOW, ) <br> ) <br> Defendant. ) | CASE NO. 1:03-cv-1723-DFH-TAB |

FINAL JUDGMENT

The court having previously entered a separate final judgment resolving all other claims in this action, and having this day granted the motion for summary judgment by plaintiff United Fire & Casualty Company against defendant Anita Inlow, it is hereby ORDERED, ADJUDGED, AND DECLARED that plaintiff United Fire & Casualty Company owes no duty to defend or indemnify Colonial Village Craftsmen, Inc., Ronald W. Lewis, or Donald C. Lewis in the lawsuit filed against them by Anita Inlow in the Boone Superior Court, Cause No. 06D01-0308-PL-299.

Date:  December 15, 2005

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Copies to:

Thomas W. Blessing
STEWART & IRWIN
tblessing@silegal.com

Mark R. Smith
SMITH FISHER MAAS & HOWARD
msmith@smithfisher.com

Donn H. Wray
STEWART & IRWIN
dwray@stewart-irwin.com

Anita Inlow
11595 Ditch Road
Carmel, Indiana  46032